UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLENANT NICKLES                                    CIVIL ACTION

VERSUS                                             NO. 05-6296

WAYNE G. CRESAP, JUDGE                             SECTION "R"(5)

### ORDER

The Court, having considered the complaint, the motion, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that plaintiff's suit is DISMISSED WITH PREJUDICE as frivolous.

New Orleans, Louisiana, this 5th day of December, 2006.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE